UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MATTHEW BLACKWELL,            :

     Petitioner            :    CIVIL ACTION NO. 3:22-0062

v.                            :        (JUDGE MANNION)

                              :

WARDEN SAGE,

                              :

     Respondent

                              :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 11, 2023**
22-0062-01-ORDER